**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 05-2310**

---

WILLIAM C. THOMPSON,

Plaintiff - Appellant,

versus

VIRGINIA DEPARTMENT OF GAME AND INLAND
FISHERIES; COLONEL MASSENGILL, Interim
Director, Virginia Department of Game and
Inland Fisheries; OFFICE OF THE ATTORNEY
GENERAL; ROGER CHAFFE; DON HINCHEY; DAN HALL,

Defendants - Appellees.

---

Appeal from the United States District Court for the Western
District of Virginia, at Abingdon.  James P. Jones, Chief District
Judge.  (CA-05-102-1-JPJ)

---

Submitted:  March 23, 2006          Decided:  March 27, 2006

---

Before WILKINSON, LUTTIG, and WILLIAMS, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

William C. Thompson, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

William C. Thompson appeals a district court order summarily dismissing his civil rights complaint for failing to state a claim. We have reviewed the record and the district court's order and opinion and affirm for the reasons cited by the district court. See Thompson v. Virginia Dep't of Game & Inland Fisheries, No. CA-05-102-1-JPJ (W.D. Va. Nov. 14, 2005). We deny Thompson's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED